UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

SUGELY FLORES, proposed administratrix of the
Estate of the Infant, M.F., deceased, SUGELY
FLORES Individually, YVELISE BELTRE,
proposed administratrix of the Estate of the Infant,
I.M., deceased, OSCAR MORONTA and YVELISE
BELTRE individually,

**DEFENDANT AMTRAK'S
ANSWER TO THE CROSS-
CLAIMS OF CO-DEFENDANT
THE CITY OF NEW YORK**

                              Plaintiffs,                    21-cv-05861

          -against-

THE CITY OF NEW YORK and NATIONAL
RAILROAD PASSENGER CORPORATION d/b/a
AMTRAK,

                              Defendants.
-------------------------------------------------------------- X


          Defendant National Railroad Passenger Corporation (hereinafter "Amtrak"), by its

attorneys, Landman Corsi Ballaine & Ford P.C., hereby answers the Cross-Claims of Co-

Defendant THE CITY OF NEW YORK and in support thereof, incorporates by reference its

Answer to Plaintiff's Complaint and, in further support responds as follows:

          **WITH RESPECT TO THE FIRST CROSS-CLAIM**

          1.     Defendant Amtrak denies the truth of each and every allegation contained in

paragraph 61 of THE CITY OF NEW YORK'S Answer, and refers all questions of law to the

Court.

          2.     The allegations contained in Paragraph 62 of THE CITY OF NEW YORK'S

Answer contain legal conclusions and/or THE CITY OF NEW YORK's characterization of its

claims and/or abstract statements, to which no response is required. To the extent a response is

required, Defendant Amtrak denies the truth of each and every allegation contained in paragraph 62 of THE CITY OF NEW YORK's Answer, and refers all questions of law to the Court.

## WITH RESPECT TO THE SECOND CROSS-CLAIM

3.      Defendant Amtrak denies the truth of each and every allegation contained in paragraph 63 of THE CITY OF NEW YORK's Answer, and refers all questions of law to the Court.

4.      The allegations contained in Paragraph 64 of THE CITY OF NEW YORK'S Answer contain legal conclusions and/or THE CITY OF NEW YORK's characterization of its claims and/or abstract statements, to which no response is required. To the extent a response is required, Defendant Amtrak denies the truth of each and every allegation contained in paragraph 64 of THE CITY OF NEW YORK's Answer, and refers all questions of law to the Court.

## AFFIRMATIVE DEFENSES

5.      Defendant Amtrak asserts as defenses to the Cross-Claims of Co-Defendant THE CITY OF NEW YORK, all defenses asserted in its Answer to the Verified Complaint dated August 10, 2021.

**WHEREFORE**, Defendant Amtrak demands judgment dismissing the Cross-Claims of Co-Defendant THE CITY OF NEW YORK, together with the costs and disbursements of this action.

4834-0671-2568v.1

Dated:  New York, New York
        August 30, 2021

                              Yours, etc.,

                              LANDMAN CORSI BALLAINE & FORD P.C.

                              By:      /s/ Sophia Ree
                                    Sophia Ree
                                    Attorneys for Defendant
                                    National Railroad Passenger Corporation
                                    120 Broadway 13th Floor
                                    New York, New York 10271
                                    (212) 238-4800

TO:     Michael Roitman, Esq.
        KUCHER LAW GROUP
        Attorneys for Plaintiffs
        26 Broadway, 27th Floor
        New York, New York 10004
        (929) 274-8000

        Julee Kelly, Esq.
        Corporation Counsel
        Attorneys for Defendants, City of New York
        100 Church Street
        New York, N.Y. 10007

4834-0671-2568v.1