USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sugely Flores, proposed administratrix of the Estate of the Infant, M.F., deceased et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>The City of New York and National Railroad Passenger Corporation d/b/a Amtrak,<br><br>　　　　　　　　　　　　Defendants. | 1:21-cv-05861 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiffs and Defendant Amtrak, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's Fourth Letter Motion for Discovery (ECF No. 35) is DENIED WITHOUT PREJUDICE. As set forth during the conference, if the parties are unable to reach a resolution with respect to the discovery sought by Plaintiffs, Plaintiffs may renew their application for an inspection.

SO ORDERED.

Dated:　　New York, New York
　　　　　June 9, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge