UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUGELY FLORES, *proposed administratrix of the Estate of the Infant, M.F., deceased*, SUGELY FLORES, *individually*, YVELISE BELTRE, *proposed administratrix of the Estate of the Infant, I.M., deceased*, OSCAR MORONTA, and YVELISE BELTRE, *individually*,<br><br>      Plaintiffs,<br><br>     v.<br><br>THE CITY OF NEW YORK, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>      Defendants. | No. 21-cv-5861 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  In light of Judge Aaron's grant of an extension of time to complete fact discovery until January 15, 2024, *see* Dkt. 43, the telephone conference scheduled for November 17, 2023, at 10:00 a.m. is hereby adjourned to January 19, 2024, at 10:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

  No later than one week in advance of the conference, the parties shall submit a joint status letter to the Court, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:  November 16, 2023
     New York, New York

                            _____
                            Ronnie Abrams
                            United States District Judge