UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUGELY FLORES, *proposed administratrix of the Estate of the Infant, M.F., deceased*, SUGELY FLORES, *individually*, YVELISE BELTRE, *proposed administratrix of the Estate of the Infant, I.M., deceased*, OSCAR MORONTA, and YVELISE BELTRE, *individually*,<br><br>                   Plaintiffs,<br><br>                   v.<br><br>THE CITY OF NEW YORK, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>                   Defendants. | No. 21-cv-5861 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      In light of the ongoing discovery dispute, *see* Dkt. 52, the telephone conference scheduled for January 19, 2024 at 10:00 a.m. is hereby adjourned. The parties shall promptly inform the Court once fact discovery is complete.

SO ORDERED.

Dated:    January 18, 2024
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge