UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUGELY FLORES, proposed administratrix of
the Estate of the Infant, M.F., deceased,
SUGELY FLORES Individually, YVELISE
BELTRE, proposed administratrix of the
Estate of the Infant, I.M., deceased, OSCAR
MORONTA and YVELISE BELTRE
individually,

                          Plaintiffs,

            v.

THE CITY OF NEW YORK and NATIONAL
RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK,

                     Defendants.

No. 21-CV-5861 (RA)

OPINION & ORDER

---

RONNIE ABRAMS, United States District Judge:

Having considered the materials submitted in connection with Defendants' pending motions for summary judgment, the Court believes that a settlement conference could be productive in this case. No later than April 4, 2025, the parties are hereby ordered to reach out to Magistrate Judge Aaron, to whom this case was previously referred for pretrial matters, to schedule a settlement conference. Within two days of such conference, the parties are directed to file a joint letter advising the Court of whether settlement was reached. This action shall be stayed pending the outcome of the settlement conference.

SO ORDERED.

Dated:      March 31, 2025
             New York, New York

                                       Ronnie Abrams
                                       United States District Judge