UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUGELY FLORES, proposed administratrix of
the Estate of the Infant, M.F., deceased,
SUGELY FLORES Individually, YVELISE
BELTRE, proposed administratrix of the
Estate of the Infant, I.M., deceased, OSCAR
MORONTA and YVELISE BELTRE
individually,

                          Plaintiffs,

              v.

THE CITY OF NEW YORK and NATIONAL
RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK,

                          Defendants.

No. 21-CV-5861 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has been advised that Plaintiffs have reached a settlement in principle with
Defendant National Railroad Passenger Corporation d/b/a Amtrak. Accordingly, the parties are ordered
to submit a stipulation of dismissal with respect to Defendant Amtrak no later than August 1, 2025.

SO ORDERED.

Dated:       July 24, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge