UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sugely Flores, proposed administratrix of the Estate of the Infant, M.F., deceased et al., <br><br> Plaintiffs, <br><br> -against- <br><br> The City of New York and National Railroad Passenger Corporation d/b/a Amtrak, <br><br> Defendants. | 1:21-cv-05861 (RA) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the parties' joint letter motion to seal seeking to redact portions of Plaintiffs' Motion for Approval of Settlement and Judge Abrams' April 12, 2025 Memorandum Opinion and Order (ECF No. 91) referencing the settlement amounts (*i.e.*, gross settlement amount, individual distribution amounts and attorneys' fees). (Jt. Ltr. Mot., ECF No. 95, at 1.)

      In support of the pending motion, the parties shall, no later than Tuesday, September 2, 2025: (1) publicly file proposed redacted versions of Plaintiffs' Motion for Approval of Settlement and Judge Abrams' April 12, 2025 Memorandum Opinion and Order and (2) file under seal unredacted versions of the same two documents highlighting the proposed redactions.

SO ORDERED.

Dated:     New York, New York
             August 25, 2025

                                            */s/ Stewart D. Aaron*
                                           STEWART D. AARON
                                           United States Magistrate Judge