**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUGELY FLORES, proposed administratrix of the
Estate of the Infant, M.F., deceased, SUGELY
FLORES Individually, YVELISE BELTRE,
proposed administratrix of the Estate of the Infant,
I.M., deceased, OSCAR MORONTA and
YVELISE BELTRE individually,

                          Plaintiffs,

      -against-                                                    21 **CIVIL** 5861 (RA)

## **JUDGMENT**

THE CITY OF NEW YORK and NATIONAL
RAILROAD PASSENGER CORPORATION d/b/a
AMTRAK,

                          Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 3, 2025, the Court has granted the City's motion for summary judgment in its entirety.

**Dated:**  New York, New York

      September 4, 2025

                                                 **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                        **BY:**           K. Mango

                                                   **Deputy Clerk**